UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-114 |
| v. ) | (JORDAN/SHIRLEY) |
| ) | |
| KENNETH R. BOWMAN, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion to Seal Sentencing Memorandum Filed by the Defendant. [Doc. 8] The defendant seeks leave of the Court to file his sentencing memorandum under seal. As grounds, the defendant states that the memorandum contains sensitive personal and family information. For good cause shown, the defendant's motion [Doc. 8] is hereby **GRANTED**. The defendant's sentencing memorandum shall be placed under seal.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge